United States District Court
Southern District of New York

Danny Amen Valentine Shabazz
Plaintiff,
V.
Robert Diggs,  Oli Power Grant,
Mitchell Divine Diggs,  Robert Iger,
Brian Grazer, Hulu, 20th Century
Fox, Walt Disney Company

---

Notice to Sue
Count 1 Copyright Infringement
Count 2 Wongful Death
Count 3  Fraudulent Concealment

---

Danny Amen Valentine Shabazz /Bank of America
400 Delaware Ave.
Wilmington Delaware 19801

Hulu
2500 Broadway,
Santa Monica, CA 90404

Robert Diggs,  Oli Power Grant,
 Mitchell Divine Diggs,  Robert Iger,
 Brian Grazer, Hulu, 20th Century
 Fox, Walt Disney Company

Notice to Sue
Count 1 Copyright Infringement
Count 2 Wongful Death
Count 3  Fraudulent Concealment

**Allegations**:
Danny is the original founder of Wutang Clan having produced the first record
Protect Ya Neck spelled Protect Your Neck at the copyright offices.  Danny set up
the story with Kurt Leitner, a 20th Century Fox post production guy in Wilmington
Delaware and Los Angeles California with a Chris Bruce.
Danny also set up the deal with Mitchell and Ness with a Lukas Labry and Marc at
Level 4 Collective in NYC. The story was breached by a NDA in Delaware with
the two parties after a treatment was written. There also has been multiple
copyrights on the works which one wss canceled due to insider threat development
in the federal government. Walt Disney us involved in higher level CIA affairs
with operatives helping them disrupt the original founder of Wutang.

**Remedies**:
We are requesting a the sum of 500 million as what was noted by our corporate
business plans and finances done with the SBDC in Delaware with a Denita
Henderson and State of Delaware employees which stands today as breached. We
are requesting the financial records from Hulu to determine the actual amount
made and all content be turned over by all parties. We will have counsel to draft a
full claim if the parties Don t respond within 5 business days as this is a emergency

hearing and notice to cease operations of Wutang An American Saga and all Wutang related projects.


/s/ Danny Amen Valentine Shabazz
9/1/2024

Certificate of Service

I hereby serve parties by electronic mail directed to Scott Whiteleather attorney for 20th Century Fox and Disney a Notice to Sue and Emergency hearing to cease of all operations on 9/1/2024

Exhibit

A list of copyrights affected.

Full Title:
Wutang: An America Saga.
Registration Number:
PA0002367097 /
Type of Work:
Cancelled Registration
Claimant:
Danny Amen Valentine Shabazz,
Search term: "danny valentine" under Rights and Permissions

2.
Full Title:
Danny Valentine Corporation.
Registration Number:
TX0009156655
Date:
2022-07-26
Type of Work:
Text
Claimant:
Danny Amen Amen Valentine Shabazz., Tracie Valentine.
Search term: "danny valentine" under Title

3.
Full Title:
Wu-Tang: An American Saga.
Registration Number:
TX0009348010
Date:
2023-12-10
Type of Work:
Text
Claimant:

Danny Amen Anderson Valentine Shabazz,